1

2

3

4

5

6                           **UNITED STATES DISTRICT COURT**

7                           **EASTERN DISTRICT OF CALIFORNIA**

8

9   JOGERT ABRANTES, individually and on      )   Case No. 1:18-cv-1514-DAD-SKO
    behalf of all others similarly situated,  )
10                                             )   **ORDER DIRECTING THE CLERK**
                              Plaintiff,       )   **OF THE COURT TO CLOSE THE**
11                                             )   **CASE**
    v.                                         )
12                                             )   (Doc. 5)
    AIG DIRECT INSURANCE SERVICES, INC.,       )
13  and DOES 1 through 10, inclusive, and each of )
    them,                                      )
14                                             )
                                               )
15                            Defendants.
16  _____

17          On November 29, 2018, Plaintiff filed a "Notice of Voluntary Dismissal of Entire Action

18  Without Prejudice," in which Plaintiff notifies the Court of the dismissal of the entire action without

19  prejudice.  (Doc. 5.)  Plaintiff filed this notice before the opposing party served either an answer or a

20  motion for summary judgment.  As such, Plaintiff has voluntarily dismissed this matter without

21  prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  The Court therefore DIRECTS

22  the Clerk of Court to close this case.

23

24  IT IS SO ORDERED.

25  Dated:   __**November 30, 2018**__          _____/s/ _Sheila K. Oberto_____

26                                              UNITED STATES MAGISTRATE JUDGE

27

28